___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 5, 2023**

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                                        **CHAPTER 13 NO.:**

**NORMAN VAN HARRIS AND**
**MARQUITA SHERELL HARRIS**                                                  **22-02588 – JAW**

### AGREED ORDER

THIS CAUSE came before the Court on the Debtors' Motion to Adjust Plan Payments (DK # 50) and the Trustee's Response (DK # 52); and the parties agree as follows:

THAT, the Debtors' Motion to Adjust Plan Payments is granted.

THAT, the Trustee is hereby authorized to amend the Debtors' wage deduction order to a sum sufficient to afford completion within the remaining plan term and to fully pay only timely filed and allowed claims.

**##END OF ORDER##**

AGREED:

| /s/ Justin B. Jones | /s/ Thomas Carl Rollins, Jr. |
|---|---|
| JUSTIN B. JONES – MSB # 103295 | THOMAS CARL ROLLINS, JR. |
| ATTORNEY FOR TRUSTEE | ATTORNEY FOR DEBTORS |
| POST OFFICE BOX 4476 | |
| JACKSON, MS 39296-4476 | |
| PHONE:  601/362-6161 | |
| FAX:  601/362-8826 | |
| E-MAIL:  HJB@HBARKLEY13.COM | |