United States Bankruptcy Court
Southern District of Mississippi

In re:                                                           Case No. 22-02588-JAW
Norman Van Harris                              Chapter 13
Marquita Sherell Harris
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                      User: mssbad                      Page 1 of 5
Date Rcvd: Jun 20, 2025              Form ID: ntcds13v                 Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Norman Van Harris, Marquita Sherell Harris, 223 Falcon Ridge Rd, Vicksburg, MS 39180-5876 |
| 5176008 | + | 1st Franklin Financial, 3823 Hwy 80 East, Suite 800-900, Pearl, MS 39208-4272 |
| 5176014 | + | Brian Moore, 1910 Auburn Ave, Monroe, LA 71201-5008 |
| 5198526 | + | Brian Moore and Connie Brewer, 1910 Auburn Avenue, Monroe, LA 71201-5008 |
| 5176019 | + | Elastic, P.O. Box 950276, Louisville, KY 40295-0276 |
| 5179864 | #+ | Eric C Miller, LOGS Legal Group, LLP, For MidFirst Bank, 1080 River Oaks Drive, Suite B-202, Flowood, MS 39232-7603 |
| 5176026 | | Miskelly, 4113 US-80, Pearl, MS 39208 |
| 5176030 | + | Mutual Credit Union, Leslie R. Sadler, 901 Belmont Street, Vicksburg, MS 39180-3829 |
| 5176040 | | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jun 21 2025 00:43:00 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jun 21 2025 00:43:00 | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jun 21 2025 00:43:00 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | EDI: Q3G.COM | Jun 21 2025 00:43:00 | Quantum3 Group LLC, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5195663 | + | Email/Text: BNCnotices@dcmservices.com | Jun 20 2025 20:47:00 | ACS EMERGENCY SERVICES OF MISSISSIPPI PA, ACS EMERGENCY SERVICES OF MISS, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5176043 | | Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | Jun 20 2025 20:46:00 | Team Health, 3429 Regal Dr, Alcoa, TN 37701-3265 |
| 5185021 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Jun 20 2025 20:46:00 | APP OF MISSISSIPPI ED,PLLC, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 5176009 | + | Email/Text: bankruptcy@acimacredit.com | Jun 20 2025 20:47:00 | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5176010 | + | Email/Text: sbridwell@arscollections.com | Jun 20 2025 20:47:00 | Advanced Recovery, 219 Katherine Drive, Flowood, MS 39232-9588 |
| 5176011 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 20 2025 20:50:35 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |

| | | | |
|---|---|---|---|
| 5199946 | + EDI: MAXMSAIDV | Jun 21 2025 00:43:00 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 300001, Greenville, TX 75403-3001 |
| 5176012 | + Email/Text: bk@avant.com | Jun 20 2025 20:47:00 | Avant, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 5179700 | + EDI: AISACG.COM | Jun 21 2025 00:43:00 | BMW Bank of North America, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 5176013 | EDI: BMW.COM | Jun 21 2025 00:43:00 | Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 5194718 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 20 2025 20:46:00 | Citizens Bank N.A, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 5176017 | Email/Text: cfcbackoffice@contfinco.com | Jun 20 2025 20:46:00 | Continental Finance, 4550 New Linden Hill, Wilmington, DE 19808 |
| 5176015 | + Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jun 20 2025 20:46:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 5195105 | EDI: JEFFERSONCAP | Jun 21 2025 00:43:00 | Conn Appliances, Inc. d/b/a Conn's, HomePlus as servicer-in-fact and attorne, for Conn Credit I, LP c/o Becket and Lee, PO Box 3002, Malvern PA 19355-0702 |
| 5176016 | + EDI: JEFFERSONCAP.COM | Jun 21 2025 00:43:00 | Conn's HomePlus, Box 2358, Beaumont, TX 77704-2358 |
| 5176018 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 20 2025 20:50:27 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5176020 | + Email/Text: bankruptcynotices@faire.com | Jun 20 2025 20:46:00 | Faire, 100 Potrero Ave, San Francisco, CA 94103-4813 |
| 5176021 | + EDI: BLUESTEM | Jun 21 2025 00:43:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 5176022 | + EDI: AMINFOFP.COM | Jun 21 2025 00:43:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5195213 | EDI: JEFFERSONCAP.COM | Jun 21 2025 00:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5188516 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 20:50:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5181975 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 20 2025 20:50:35 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5176027 | Email/Text: bankruptcy@mobiloans.com | Jun 20 2025 20:46:00 | Mobiloans, LLC, Po Box 1409, Marksville, LA 71351 |
| 5176028 | Email/Text: EBN@Mohela.com | Jun 20 2025 20:46:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5176023 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 20 2025 20:50:27 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5183602 | + EDI: AISMIDFIRST | Jun 21 2025 00:43:00 | MidFirst Bank, 999 NW Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5176024 | EDI: AISMIDFIRST | Jun 21 2025 00:43:00 | Midland Mortgage, P.O. Box 268959, Oklahoma City, OK 73126-8959 |
| 5176025 | + Email/Text: mmrgbk@miramedrg.com | Jun 20 2025 20:47:00 | Miramed Revenue Group, 360 E. 22nd Street, Lombard, IL 60148-4924 |
| 5176029 | EDI: MSDOR | Jun 21 2025 00:43:00 | Mississippi Department of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5179232 | ^ MEBN | Jun 20 2025 20:42:12 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |

| District/off: 0538-3 | User: mssbad | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 20, 2025 | Form ID: ntcds13v | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| 5176031 | + | EDI: MAXMSAIDV | Jun 21 2025 00:43:00 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5176032 | + | EDI: AGFINANCE.COM | Jun 21 2025 00:43:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 5181235 | + | EDI: AGFINANCE.COM | Jun 21 2025 00:43:00 | OneMain Financial Group, LLC as, servicer for Onemain Direct Auto, Receivable Trust2021-1, PO Box 3251, Evansville, IN 47731-3251 |
| 5190415 | + | EDI: JEFFERSONCAP.COM | Jun 21 2025 00:43:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5176033 | + | Email/Text: pasi_bankruptcy@chs.net | Jun 20 2025 20:46:00 | Professional Account S, PO Box 188, Brentwood, TN 37024-0188 |
| 5190054 | | EDI: Q3G.COM | Jun 21 2025 00:43:00 | Quantum3 Group LLC as agent for, Katapult Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5216162 | | EDI: Q3G.COM | Jun 21 2025 00:43:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5176034 | | Email/Text: bankruptcy@republicfinance.com | Jun 20 2025 20:47:00 | Republic Finance, 2480 I-20S Frontage, Vicksburg, MS 39180 |
| 5185649 | | Email/Text: bankruptcy@republicfinance.com | Jun 20 2025 20:47:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 5176035 | | Email/Text: bankruptcy_department@clacorp.com | Jun 20 2025 20:46:00 | Simple Fast Loans Inc, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350 |
| 5176036 | + | Email/Text: Tracey@sra-inc.net | Jun 20 2025 20:47:00 | Smith Rouchon, 1456 Ellis Ave., Jackson, MS 39204-2204 |
| 5176037 | | Email/Text: ssa.bankruptcy@ssa.gov | Jun 20 2025 20:46:00 | Social Security Admin, 155-10 Jamaica Ave, Jamaica, NY 11432 |
| 5176038 | + | Email/Text: ssa.bankruptcy@ssa.gov | Jun 20 2025 20:46:00 | Social Security Admini, 61 Forsyth St, SW, Ste 20T45, Atlanta, GA 30303-8910 |
| 5176039 | + | Email/Text: ebone.woods@usdoj.gov | Jun 20 2025 20:47:00 | Social Security Admini, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5236668 | + | Email/Text: ssa.bankruptcy@ssa.gov | Jun 20 2025 20:46:00 | Social Security Administration, SSA - OPLIT Bankruptcy, 6401 Security Blvd., Baltimore, MD 21235-0001 |
| 5176042 | + | EDI: SYNC | Jun 21 2025 00:43:00 | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 5176041 | + | EDI: SYNC | Jun 21 2025 00:43:00 | Synchrony Bank, Po Box 965036, Orlando, FL 32896-5036 |
| 5176044 | | Email/Text: BCN@timepayment.com | Jun 20 2025 20:47:00 | Time Payment Corp, 16 N.E. Executive Park, #200, Burlington, MA 01803 |
| 5176046 | ^ | MEBN | Jun 20 2025 20:42:18 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5176738 | | Email/PDF: OGCRegionIVBankruptcy@hud.gov | Jun 20 2025 20:50:31 | U.S. Department of Housing and Urban Development, US Department of HUD, 40 Marietta Street, Atlanta, GA 30303 |
| 5176045 | + | EDI: LCIUPSTART | Jun 21 2025 00:43:00 | Upstart Finance, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 5178074 | ^ | MEBN | Jun 20 2025 20:42:18 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5192562 | + | EDI: AIS.COM | Jun 21 2025 00:43:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0538-3 | User: mssbad | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 20, 2025 | Form ID: ntcds13v | Total Noticed: 68 |

| 5176047 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | Jun 20 2025 20:50:35 | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 5190131 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Jun 20 2025 21:02:04 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 59

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Brian Moore |
| cr | | Connie Moore Brewer |
| cr | *+ | MidFirst Bank, 999 NW Grand Boulevard, Oklahoma City, OK 73118-6051 |
| cr | * | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson, MS 39225-2808 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric C Miller | on behalf of Creditor MidFirst Bank logsecf@logs.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Nathan Rester, I | on behalf of Creditor MidFirst Bank nathanrester@gmail.com |
| Steven H. Smith | on behalf of Creditor Connie Moore Brewer wendy@shsattorneys.com |
| Steven H. Smith | on behalf of Creditor Brian Moore wendy@shsattorneys.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Norman Van Harris trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Marquita Sherell Harris trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 5 of 5 |
| Date Rcvd: Jun 20, 2025 | Form ID: ntcds13v | Total Noticed: 68 |

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Wesley H. Blacksher
    on behalf of Creditor BMW Bank of North America BlacksherW@aol.com
    debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

TOTAL: 10

Form ntcds13v (12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 22−02588−JAW
Chapter: 13

In re:

| | |
|---|---|
| Norman Van Harris | Marquita Sherell Harris |
| 223 Falcon Ridge Rd | 223 Falcon Ridge Rd |
| Vicksburg, MS 39180 | Vicksburg, MS 39180 |

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
 xxx−xx−1665                                                             xxx−xx−4658

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

   You are hereby notified that on June 18, 2025, Norman Van Harris and Marquita Sherell Harris (the "Debtors") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 153). On June 20, 2025, the court entered an *ex parte* order (Dkt. # 154) granting the Debtors' Motion.

   Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtors' Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

| | |
|---|---|
| Dated: 6/20/25 | Danny L. Miller, Clerk of Court |
| | Thad Cochran U.S. Courthouse |
| | 501 E. Court Street |
| | Suite 2.300 |
| | Jackson, MS 39201 |
| | 601−608−4600 |