United States Bankruptcy Court
Southern District of Mississippi

In re:                                                           Case No. 22-02588-JAW
Norman Van Harris                                       Chapter 13
Marquita Sherell Harris
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                             User: mssbad                             Page 1 of 2
Date Rcvd: Jun 23, 2025                   Form ID: pdf012                      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol           Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Norman Van Harris, Marquita Sherell Harris, 223 Falcon Ridge Rd, Vicksburg, MS 39180-5876 |
| | + | LOUISIANA DELTA COMM, 7500 Milhaven Road, Monroe, LA 71203-9006 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2025                               Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric C Miller | on behalf of Creditor MidFirst Bank logsecf@logs.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Nathan Rester, I | on behalf of Creditor MidFirst Bank nathanrester@gmail.com |
| Steven H. Smith | on behalf of Creditor Connie Moore Brewer wendy@shsattorneys.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jun 23, 2025 | Form ID: pdf012 | Total Noticed: 2 |

Steven H. Smith
    on behalf of Creditor Brian Moore wendy@shsattorneys.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Norman Van Harris trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Marquita Sherell Harris trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Wesley H. Blacksher
    on behalf of Creditor BMW Bank of North America BlacksherW@aol.com
    debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

TOTAL: 10

___



**SO ORDERED,**

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: June 23, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  
NORMAN VAN HARRIS  
MARQUITA SHERELL HARRIS  
SS#:   XXX-XX-1665

CASE NO.: 22-02588-JAW

### RELEASE OF WAGES

THE ORDER PREVIOUSLY ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S EMPLOYER:

> LOUISIANA DELTA COMM  
> 7500 MILHAVEN ROAD  
> MONROE, LA 71203

WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

Harold J. Barkley,Jr.  
Chapter 13 Trustee  
HAROLD J. BARKLEY, JR.  
P.O. BOX 321454  
FLOWOOD, MS 39232

IS VACATED FOR THE FOLLOWING REASON(S): CASE DISMISSED

AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.

##END OF ORDER##