**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**   **Norman Van Harris**                    **Case No. 22-02588-JAW**
            **Marquita Sherell Harris, Debtors**                    **CHAPTER 13**

### <u>FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B</u>

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $4,455.00 | $74.88 | $4,529.88 | 36 | 03/02/2023 |
| $2,550.00 | $198.94 | $2,748.94 | 91 | 07/03/2023 |
| $2,405.00 | $100.05 | $2,505.05 | 135 | 10/31/2023 |
| $1,783.00 | $158.12 | $1,941.12 | 147 | 03/01/2024 |
| $1,198.00 | $101.32 | $1,299.32 | n/a | n/a |
| $12,391.00 | $633.31 | $13,024.31 | | |



# INVOICE

Invoice # 4342
Date: 02/03/2023
Due On: 03/05/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Norman Van Harris and Marquita Sherell Harris
223 Falcon Ridge Dr
Vicksburg, MS 39180

### 04540-Harris Norman Van Harris and Marquita Sherell

### Norman Harris and Marquitta Harris

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | AL | 08/31/2022 | Imported credit report, reviewed and edited creditors on schedules | 0.20 | $150.00 | $30.00 |
| Service | AL | 08/31/2022 | Reviewed and organized IDs submitted via email | 0.10 | $150.00 | $15.00 |
| Service | AL | 09/13/2022 | Reviewed and responded to email from client about submitting documents. | 0.10 | $150.00 | $15.00 |
| Service | AL | 09/21/2022 | Reviewed and responded to email from debtor with update. | 0.10 | $150.00 | $15.00 |
| Service | AL | 09/21/2022 | Reviewed and responded to email from debtor on paperwork question. | 0.10 | $150.00 | $15.00 |
| Service | AL | 10/03/2022 | Prepared and reviewed paystubs received via email | 0.10 | $150.00 | $15.00 |
| Service | AL | 10/05/2022 | Reviewed and organized packet submitted by client (submitted 1 page at a time - hade to combine into one file for attorney review) | 0.30 | $150.00 | $45.00 |
| Service | JAC | 11/21/2022 | Review all documents provided by debtors. Missing October docs, GIP pg 1, pay. | 0.60 | $350.00 | $210.00 |
| Service | KR | 11/22/2022 | Contact Debtor: Telephone conference with debtor about missing documents and why. | 0.20 | $150.00 | $30.00 |
| Service | YM | 11/22/2022 | Drafted and sent email to Δ about missing documents | 0.10 | $100.00 | $10.00 |
| Service | YM | 11/28/2022 | Reviewed and organized pay and P/L | 0.10 | $100.00 | $10.00 |

| | | | statements | | | |
|---------|-----|------------|-----------------------------------------------------------------------------------------------------|------|----------|----------|
| Service | JAC | 12/01/2022 | Reviewed Missing October docs, GIP pg 1, pay. provided late by debtors | 0.50 | $350.00 | $175.00 |
| Service | YM | 12/02/2022 | reviewed and organized bank and pay statements | 0.10 | $100.00 | $10.00 |
| Service | JAC | 12/02/2022 | Prepare petition, schedules, statements | 0.80 | $350.00 | $280.00 |
| Service | JAC | 12/02/2022 | Prepare matrix, draft and email debtors matrix to review | 0.20 | $350.00 | $70.00 |
| Service | YM | 12/05/2022 | Phone consult with ∆ about MCU bank account | 0.10 | $100.00 | $10.00 |
| Service | JAC | 12/05/2022 | Add missing debt to schedule F | 0.10 | $350.00 | $35.00 |
| Service | JAC | 12/06/2022 | Calculate income for MT, Schedule I. Calculate plan payment, prepare schedule J. | 0.50 | $350.00 | $175.00 |
| Service | JAC | 12/06/2022 | Draft email to debtor with bankruptcy options | 0.30 | $350.00 | $105.00 |
| Service | JAC | 12/06/2022 | Review email and update tasks | 0.10 | $350.00 | $35.00 |
| Service | PL | 12/08/2022 | Drafted enclosure letter to client from creditor for case -pl | 0.10 | $100.00 | $10.00 |
| Service | JAC | 12/13/2022 | Prepare bankruptcy petition, schedules/ statements for signing appointment with TR | 0.10 | $350.00 | $35.00 |
| Service | TR | 12/14/2022 | prepare for and attend conference w/ client to review and sign initial papers | 1.10 | $350.00 | $385.00 |
| Service | JAC | 12/14/2022 | Prepare case for filing with the Court, file. | 0.20 | $350.00 | $70.00 |
| Service | JAC | 12/14/2022 | Text message to debtor re: case number | 0.10 | $350.00 | $35.00 |
| Service | JAC | 12/15/2022 | Draft and send email to ∆ with plan pmt, 341 info, B423 info | 0.20 | $350.00 | $70.00 |
| Service | TR | 12/15/2022 | Review: 22-02588-JAW Meeting of Creditors Chapter 13 | 0.20 | $350.00 | $70.00 |
| Service | TR | 12/16/2022 | Review: Proof of Claim 22-02588-JAW U.S. Department of Housing and Urban Development, | 0.30 | $350.00 | $105.00 |
| Service | TR | 12/16/2022 | Drafted email to TT re: HUD POC | 0.10 | $350.00 | $35.00 |
| Service | JAC | 12/16/2022 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.50 | $350.00 | $175.00 |
| Expense | JAC | 12/16/2022 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $74.88 | $74.88 |

Invoice # 4342 - 02/03/2023

Notice of Filing Ch 13 Plan

| Service | JAC | 12/16/2022 | Download COS, file notice of filing plan | 0.10 | $350.00 | $35.00 |
|---------|-----|------------|-------------------------------------------|------|---------|--------|
| Service | JAC | 12/19/2022 | Review US Dept of HUD claim to get date the HUD mortgage is due. Add to plan, add special language to 8.1 | 0.20 | $350.00 | $70.00 |
| Service | TR | 12/20/2022 | Review: 22-02588-JAW Order Upon Employer Directing Deductions from Pay | 0.10 | $350.00 | $35.00 |
| Service | YM | 12/20/2022 | drafted email to request bank statement up to DOF | 0.10 | $100.00 | $10.00 |
| Service | TR | 12/20/2022 | Review: Proof of Claim 22-02588-JAW Upstart Network, Inc | 0.20 | $350.00 | $70.00 |
| Service | TR | 12/21/2022 | Review: Proof of Claim 22-02588-JAW MS Dept of Revenue (for accuracy of documents, search for unreacted personal identifiers, statute of limitations, dischargeability, secured status and reviewing supporting documentation) | 0.20 | $350.00 | $70.00 |
| Service | KR | 12/21/2022 | Reviewed letter from Time Payment about representation. Drafted email memo to TR re: notice of filing | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/23/2022 | Drafted Notice of Filing Letter to Time Payment | 0.10 | $150.00 | $15.00 |
| Service | TR | 12/27/2022 | Review: Proof of Claim 22-02588-JAW NCB Management Services, Inc. | 0.20 | $350.00 | $70.00 |
| Service | YM | 12/27/2022 | Drafted email for DOF bank | 0.10 | $100.00 | $10.00 |
| Service | JAC | 12/27/2022 | Review POC 3 - MDOR - amended claim to get total amount owed, update plan to provide for secured amount owed to MDoR | 0.20 | $350.00 | $70.00 |
| Service | KR | 12/27/2022 | Review email from debtor: Reviewed email from debtor about the payment increase and how he does not make enough to pay in check. | 0.10 | $150.00 | $15.00 |
| Service | TR | 12/27/2022 | Review: Proof of Claim 22-02588-JAW CashNetUSA | 0.10 | $350.00 | $35.00 |
| Service | KR | 12/28/2022 | Contact Debtor: Telephone conference with debtor about the 50/50 being garnished from wife pay and his pay. Drafted email with the information needed to send to the Trustee to see if an option per his request. | 0.20 | $150.00 | $30.00 |
| Service | TR | 12/28/2022 | Review: Proof of Claim 22-02588-JAW BMW Financial Services Attn: Customer Accounting | 0.20 | $350.00 | $70.00 |

| Service | KR | 12/28/2022 | Drafted email memo to Jayme at the Trustee's office about splitting the plan payment 50/50. | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/28/2022 | Reviewed email from Jayme at the Trustee's office about the plan payment being split 50/50. Drafted email to Sara at Trustee's office for the 50/50 split. | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/28/2022 | Reviewed email from Sara at the Trustee's office about issuing the split wage order today | 0.10 | $150.00 | $15.00 |
| Service | TR | 12/28/2022 | Review: 22-02588-JAW Notice of Appearance | 0.10 | $350.00 | $35.00 |
| Service | JAC | 01/02/2023 | Prepare required documents for 341 to Trustee's office | 0.40 | $350.00 | $140.00 |
| Service | TR | 01/03/2023 | Review: 22-02588-JAW Amended Order Upon Employer Directing Deductions from Pay | 0.10 | $350.00 | $35.00 |
| Service | TR | 01/03/2023 | Review: 22-02588-JAW Order Upon Employer Directing Deductions from Pay | 0.10 | $350.00 | $35.00 |
| Service | TR | 01/03/2023 | Review: 22-02588-JAW Objection to Confirmation of the Plan | 0.20 | $350.00 | $70.00 |
| Service | TR | 01/03/2023 | Draft email to OC re: settlement of BMW Objection to Confirmation | 0.10 | $350.00 | $35.00 |
| Service | TR | 01/05/2023 | Review: Proof of Claim 22-02588-JAW OneMain Financial Document# 7 | 0.10 | $350.00 | $35.00 |
| Service | TR | 01/05/2023 | Review and sign AO via email re: BMW objection | 0.20 | $350.00 | $70.00 |
| Service | JAC | 01/05/2023 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee | 0.10 | $350.00 | $35.00 |
| Service | TR | 01/09/2023 | Review: Proof of Claim 22-02588-JAW Document # 8 | 0.10 | $350.00 | $35.00 |
| Service | TR | 01/10/2023 | Review: Proof of Claim 22-02588-JAW Mutual Credit Union Document # 9 | 0.20 | $350.00 | $70.00 |
| Service | TR | 01/10/2023 | Review: Proof of Claim 22-02588-JAW Mutual Credit Union Document # 10 | 0.10 | $350.00 | $35.00 |
| Service | TR | 01/11/2023 | Review email memo from KR re: OneMain collateral - draft email memo w/ instructions to JAC | 0.10 | $350.00 | $35.00 |
| Service | JAC | 01/12/2023 | Updated collateral for One Main. Recalculate plan pmt | 0.20 | $350.00 | $70.00 |

Invoice # 4342 - 02/03/2023

| Service | TR | 01/13/2023 | Review: Proof of Claim 22-02588-JAW MidFirst Bank Document # 11 | 0.20 | $350.00 | $70.00 |
|---|---|---|---|---|---|---|
| Service | TR | 01/13/2023 | Telephone conference w/ client to discuss mortgage arrears | 0.10 | $350.00 | $35.00 |
| Service | TR | 01/13/2023 | Draft email to Eric Miller re: Mortgage arrears and modification | 0.10 | $350.00 | $35.00 |
| Service | TR | 01/17/2023 | Prepare for and attend 341 meeting | 0.30 | $350.00 | $105.00 |
| Service | TR | 01/18/2023 | Review: 22-02588-JAW Trustee's Objection to Confirmation of Plan Document# 24 | 0.20 | $350.00 | $70.00 |
| Service | TR | 01/18/2023 | Review: Proof of Claim 22-02588-JAW APP OF MISSISSIPPI ED,PLLC Document # 12 | 0.10 | $350.00 | $35.00 |
| Service | TR | 01/18/2023 | Review: 22-02588-JAW Order on Objection to Confirmation Document #25 | 0.10 | $350.00 | $35.00 |
| Service | TR | 01/19/2023 | Review: Proof of Claim 22-02588-JAW Republic Finance, LLC Document # 13 | 0.10 | $350.00 | $35.00 |
| Service | KR | 01/24/2023 | Contact Debtor: Reviewed email from debtor about his case getting dismissed or not. Telephone conference with debtor about wanting to know if their case was dismissed. He stated that he received a letter from the Trustee and it was about the arrearage for his mortgage and his wife was wondering if had been dismissed. Informed debtor that his case was still active and to email me a copy of letter and we can review. He just wanted to double check that his case was not dismissed. He also had questions about paying his payments direct. Told him that the Wage Order has been issued and the Trustee prefers the Wage Order unless there were other circumstances. He understood. Researched his court docket and reviewed the two wage orders with debtor. | 0.20 | $150.00 | $30.00 |
| Service | TR | 02/01/2023 | Review: Proof of Claim 22-02588-JAW LVNV Funding, LLC Document # 14 | 0.10 | $350.00 | $35.00 |
| Service | TR | 02/01/2023 | Review: Proof of Claim 22-02588-JAW LVNV Funding, LLC Document # 15 | 0.10 | $350.00 | $35.00 |
| Service | KR | 02/01/2023 | Contact Debtor: Telephone conference with debtor about a few questions he has about his payment being lowered over the next 5 years. Explained to him that since he is 100% unsecured we could always analyze his income if it decreases to see if we can lower the payment by providing two months of income and an updated expense sheet. | 0.20 | $150.00 | $30.00 |

| | | | We also discussed how the payroll company sends in the payment to the Trustee at different times of the month some will mail it at the beginning and some at the end. His wife has hers deducted out of her pay and he sends his directly. Reviewed her Wage Order with him | | | |
| Service | TR | 02/01/2023 | Review: Proof of Claim 22-02588-JAW Quantum3 Group LLC as agent for Document # 16 | 0.10 | $350.00 | $35.00 |
| Service | TR | 02/01/2023 | Review: Proof of Claim 22-02588-JAW Quantum3 Group LLC as agent for Document # 17 | 0.10 | $350.00 | $35.00 |
| Service | TR | 02/01/2023 | Review: Proof of Claim 22-02588-JAW Wells Fargo Bank, N.A. Document # 18 | 0.10 | $350.00 | $35.00 |
| Service | TR | 02/02/2023 | Review: Proof of Claim 22-02588-JAW Premier Bankcard, LLC Document # 19 | 0.10 | $350.00 | $35.00 |
| Service | TR | 02/02/2023 | Review and revise itemizations | 0.20 | $350.00 | $70.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 5.4 | $350.00 | $1,890.00 |
| Thomas Rollins | | Attorney | 6.1 | $350.00 | $2,135.00 |
| Porcia Lewis | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Alex Lewis | | Non-Attorney | 1.0 | $150.00 | $150.00 |
| Yvette Miller | | Non-Attorney | 0.6 | $100.00 | $60.00 |
| Kerri Rodabough | | Non-Attorney | 1.4 | $150.00 | $210.00 |
| | | | | **Total** | **$4,529.88** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4342 | 03/05/2023 | $4,529.88 | $0.00 | $4,529.88 |
| | | | **Outstanding Balance** | **$4,529.88** |
| | | | **Total Amount Outstanding** | **$4,529.88** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 4848
Date: 06/06/2023
Due On: 07/06/2023

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Norman Van Harris and Marquita Sherell Harris
223 Falcon Ridge Dr
Vicksburg, MS 39180

### 04540-Harris Norman Van Harris and Marquita Sherell

### Norman Harris and Marquitta Harris

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 02/03/2023 | Draft Application for Compensation | 0.30 | $350.00 | $105.00 |
| Expense | YM | 02/03/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $135.70 | $135.70 |
| Service | TR | 02/03/2023 | Review and revise itemizations | 0.30 | $350.00 | $105.00 |
| Service | KR | 02/07/2023 | Contact Debtor: Telephone conference with debtor about his wife needing to sign the document for Modification. He gave me her contact number. Telephone conference with her and drafted text with link for her to sign per her request. Updated contact information in clio. | 0.20 | $150.00 | $30.00 |
| Service | TR | 02/07/2023 | Drafted email to Eric Miller re: status of mortgage modification | 0.10 | $350.00 | $35.00 |
| Service | TR | 02/09/2023 | Review: Proof of Claim 22-02588-JAW Verizon Document # 20 | 0.10 | $350.00 | $35.00 |
| Service | TR | 02/09/2023 | Review email and draft response email to TT re: Obj to Conf | 0.10 | $350.00 | $35.00 |
| Service | TR | 02/09/2023 | Review email from OC and respond re: Mortgage Modification | 0.10 | $350.00 | $35.00 |
| Service | JAC | 02/13/2023 | Prepare final plan and notice of modified plan. File with the Court | 0.20 | $350.00 | $70.00 |
| Service | TR | 02/14/2023 | Review and sign AO via email | 0.10 | $350.00 | $35.00 |

| Service | TR | 02/15/2023 | Review: 22-02588-JAW Order on Objection to Confirmation Document #32 | 0.10 | $350.00 | $35.00 |
|---------|----|------------|------|------|---------|--------|
| Service | TR | 02/15/2023 | Review: Proof of Claim 22-02588-JAW Citizens Bank N.A Document # 21 | 0.10 | $350.00 | $35.00 |
| Service | TR | 02/17/2023 | Review: Proof of Claim 22-02588-JAW Conn Appliances, Inc. Document # 22 | 0.10 | $350.00 | $35.00 |
| Service | TR | 02/17/2023 | Review: Proof of Claim 22-02588-JAW Jefferson Capital Systems LLC Document # 23 | 0.10 | $350.00 | $35.00 |
| Service | TR | 02/17/2023 | Review: Proof of Claim 22-02588-JAW Jefferson Capital Systems LLC Document # 24 | 0.10 | $350.00 | $35.00 |
| Service | TR | 02/17/2023 | Review: Proof of Claim 22-02588-JAW ACS EMERGENCY SERVICES OF MISS Document # Amended 25 | 0.10 | $350.00 | $35.00 |
| Service | TR | 02/27/2023 | Review: Proof of Claim 22-02588-JAW Brian Moore and Connie Brewer Document # 26 | 0.10 | $350.00 | $35.00 |
| Service | TR | 02/28/2023 | Review: 22-02588-JAW Objection to Claim with 30 day notice Document# 34 | 0.20 | $350.00 | $70.00 |
| Service | TR | 02/28/2023 | Review: Proof of Claim 22-02588-JAW Aidvantage on behalf of Document # 27 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/02/2023 | Review: 22-02588-JAW Order on Application for Compensation Document #36 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/04/2023 | Review: 22-02588-JAW Notice of Requirement to Complete Course in Financial Management (ADI) Document# 37 | 0.20 | $350.00 | $70.00 |
| Service | TR | 03/21/2023 | Review proposed Motion to Allow Claim and MFR received from OC - email TT re: same | 0.20 | $350.00 | $70.00 |
| Service | TR | 03/21/2023 | telephone conference w/ client re: allowing claim | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/21/2023 | Conference w/ OC re: agreed MFR and M Allow Claim | 0.20 | $350.00 | $70.00 |
| Service | TR | 03/23/2023 | Review: 22-02588-JAW Order Regarding Objection to Claim Document #40 | 0.10 | $350.00 | $35.00 |
| Service | KR | 03/23/2023 | Contact Debtor: Telephone conference with debtor about Time Payment not showing that she has filed bankruptcy; wanted to make sure they were included in the plan. She has two loans with them. Reviewed | 0.20 | $150.00 | $30.00 |

| | | | plan and they were included. Explained to debtor that while in bankruptcy her credit report will not read correctly. | | | |
|---|---|---|---|---|---|---|
| Service | TR | 03/24/2023 | Review: 22-02588-JAW Agreed Order on Motion For Relief From Stay Document #47 | 0.10 | $350.00 | $35.00 |
| Service | KR | 03/29/2023 | Contact Debtor: Called debtor left message to call me about scheduling a time for him to talk with the attorney about his chapter 13 | 0.10 | $150.00 | $15.00 |
| Service | JC | 03/29/2023 | Telephone call from debtor; scheduled telephone conference with TR; drafted memo to TR regarding same | 0.10 | $150.00 | $15.00 |
| Service | TR | 03/30/2023 | Draft Motion to Pay only allowed claims | 0.30 | $350.00 | $105.00 |
| Expense | YM | 03/30/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $62.04 | $62.04 |
| Service | TR | 03/30/2023 | Review COS and file Motion | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/31/2023 | Review: 22-02588-JAW Response Document# 52 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/03/2023 | Draft Motion to Approve Loan Modification | 0.40 | $350.00 | $140.00 |
| Service | TR | 04/03/2023 | Review and redact exhibit for M to approve mortgage modification | 0.20 | $350.00 | $70.00 |
| Service | KR | 04/03/2023 | Review email from Attorney: Reviewed email memo from TR re: documents for debtor to sign | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/03/2023 | Contact Debtor: Telephone conference with debtor about the document from Midland Mortgage he is needs to sign and get notarized. He is going to email me a copy once he has signed to review. Also discussed the lowering of his payments. Explained to him that the attorney has filed a motion to modify his plan and is will be at least 30 days before there is a decision so make the normal payment for April. Drafted email to debtor with the document from Midland Mortgage. | 0.20 | $150.00 | $30.00 |
| Service | TR | 04/05/2023 | Review: 22-02588-JAW Hearing Set Document# 57 | 0.10 | $350.00 | $35.00 |
| Service | KR | 04/05/2023 | Contact Debtor: Telephone conference with debtor about the notice of mortgage payment change. He understood as of 5/1 it will increase. Drafted email to debtor with a copy of the notice | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/05/2023 | Contact Debtor: Telephone conference with | 0.10 | $150.00 | $15.00 |

| | | | debtor about the mortgage document that we need to him to sign and get notarized. He is going to email it to me hopefully tomorrow. | | | |
|---|---|---|---|---|---|---|
| Expense | PL | 04/06/2023 | Postage: Postage | 1.00 | $0.60 | $0.60 |
| Service | KR | 04/12/2023 | Contact Debtor: Called debtor left message; drafted email and text requesting the document that we needed him to sign and get notarized from the mortgage company | 0.10 | $150.00 | $15.00 |
| Service | TR | 04/13/2023 | Review: 22-02588-JAW Order Confirming Chapter 13 Plan Document #61 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/13/2023 | Review: 22-02588-JAW Amended Order Upon Employer Directing Deductions from Pay Document #62 | 0.10 | $350.00 | $35.00 |
| Service | KR | 04/13/2023 | Contact Debtor: Called debtor left message on both numbers; drafted email and text requesting the document that we needed him to sign and get notarized from the mortgage company | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/14/2023 | Contact Debtor: Called debtor left message on both numbers; drafted email and text requesting the document that we needed him to sign and get notarized from the mortgage company so we can review | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/17/2023 | Contact Debtor: Telephone conference with debtor about the document from Midland Mortgage we needed notarized. He stated he has had issues finding someone to notarize. He stated he should have the document notarized tomorrow at the bank. | 0.20 | $150.00 | $30.00 |
| Service | KR | 04/18/2023 | Contact Debtor: Called debtor left message on both numbers; drafted text requesting the document that we needed him to sign and get notarized from the mortgage company so we can review since he was going to library yesterday to get notarized | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/19/2023 | Contact Debtor: Telephone conference with debtor he has the mortgage document signed and notarized. He will email the document today when he gets home | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/21/2023 | Review and organize documents provided by debtor: Reviewed the mortgage document provided by debtor that is signed and notarized.-kr | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/21/2023 | Drafted email to Midland Mortgage with the | 0.10 | $150.00 | $15.00 |

| | | | signed and notarized documents from debtor that were requested. Called debtors left message and drafted text and email letting them know they need to mail the documents back to Midland Mortgage | | | |
|---|---|---|---|---|---|---|
| Expense | PL | 04/27/2023 | Postage: Postage | 1.00 | $0.60 | $0.60 |
| Service | TR | 05/01/2023 | Review: 22-02588-JAW Order on Motion to Approve Loan Modification Document #68 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/01/2023 | Email Josh re: M to Adjust plan payment | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/03/2023 | Review and sign proposed order on M to Adjust Plan Payment | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/05/2023 | Review: 22-02588-JAW Order on Generic Motion Document #70 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/12/2023 | Review: Proof of Claim 22-02588-JAW Republic Finance, LLC Document # 28 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/12/2023 | Draft Obj to POC | 0.30 | $350.00 | $105.00 |
| Service | TR | 05/31/2023 | Review: 22-02588-JAW Hearing Set Document# 76 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/31/2023 | Review: 22-02588-JAW Motion for Relief From Stay Document# 73 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/31/2023 | Review: 22-02588-JAW Order Extending the Automatic Stay Document #75 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/31/2023 | Review: Proof of Claim 22-02588-JAW Republic Finance, LLC Document # Amended 28 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/31/2023 | Review: Proof of Claim 22-02588-JAW SSA - OPLIT Bankruptcy Document # 29 | 0.10 | $350.00 | $35.00 |
| Service | KR | 05/31/2023 | Contact Debtor: Called debtor left message; drafted text and email about the motion for relief of stay filed by the mortgage company | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/31/2023 | Contact Debtor: Telephone conference with debtor about the delinquent amount on his mortgage. He stated he is not behind. He just mailed a payment off today for $1500 | 0.10 | $150.00 | $15.00 |
| Service | TR | 06/01/2023 | Telephone conference w/ client re: payment of claims to Republic and 1st Franklin - drafted email to TT regarding treatment of same | 0.20 | $350.00 | $70.00 |
| Service | TR | 06/01/2023 | Drafted email to Eric Miller re: MFR - client says that alleged late payments were included in a mortgage modification | 0.10 | $350.00 | $35.00 |

| Service | KR | 06/01/2023 | Review email from debtor: Reviewed email from debtor with a copy of his paystub and the loan modification document. Saved in clio. Drafted email to debtor requesting proof of payments made since December on his mortgage. | 0.10 | $150.00 | $15.00 |
|---------|-----|------------|---|------|---------|--------|

|  | Time Keeper | Position | Quantity | Rate | Total |
|--|-------------|----------|----------|------|-------|
| Jennifer Curry Calvillo | Attorney | | 0.2 | $350.00 | $70.00 |
| Thomas Rollins | Attorney | | 6.1 | $350.00 | $2,135.00 |
| Jacki Curry | Non-Attorney | | 0.1 | $150.00 | $15.00 |
| Kerri Rodabough | Non-Attorney | | 2.2 | $150.00 | $330.00 |
| | | | | **Total** | **$2,748.94** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 4342 | 03/05/2023 | $4,529.88 | $0.00 | $4,529.88 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 4848 | 07/06/2023 | $2,748.94 | $0.00 | $2,748.94 |
| | | | **Outstanding Balance** | **$7,278.82** |
| | | | **Total Amount Outstanding** | **$7,278.82** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 5408
Date: 10/05/2023
Due On: 11/04/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Norman Van Harris and Marquita Sherell Harris
223 Falcon Ridge Dr
Vicksburg, MS 39180

## 04540-Harris Norman Van Harris and Marquita Sherell

## Norman Harris and Marquitta Harris

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Expense | BI | 06/06/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $100.05 | $100.05 |
| Service | TR | 06/06/2023 | Review COS and file Application w/ Court | 0.10 | $350.00 | $35.00 |
| Service | KR | 06/06/2023 | Contact Debtor: Telephone conference with debtor about the proof of payments we need for his mortgage. He stated he will email the proof of payments for March-May that he has made; the modification that he signed and sent to the mortgage company stated that they were suppose to pay for December-February. He would like a permission to contact letter so he can speak with them about the modification document that they keep requesting and he keeps sending in. | 0.10 | $150.00 | $15.00 |
| Service | TR | 06/07/2023 | Draft Objection to Amended POC | 0.30 | $350.00 | $105.00 |
| Service | KR | 06/08/2023 | Contact Debtor: Called debtor left message; drafted email and text about the proof of payments still needed for the mortgage from December-May | 0.10 | $150.00 | $15.00 |
| Service | KR | 06/08/2023 | Contact Debtor: Reviewed email memo from TR re: permission to contact letter. Telephone conference with debtor to let him know that the attorney will be contacting the mortgage company's attorney so we are holding off on the letter he requested to contact the mortgage | 0.10 | $150.00 | $15.00 |

| | | | company | | | |
|---|---|---|---|---|---|---|
| Service | TR | 06/15/2023 | Draft response to MFR | 0.30 | $350.00 | $105.00 |
| Service | TR | 06/15/2023 | Review: 22-02588-JAW Amended Order Upon Employer Directing Deductions from Pay Document #82 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/16/2023 | Review: 22-02588-JAW Order Regarding Objection to Claim Document #87 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/22/2023 | Research loan modification emails previously sent and drafted email to OC for mortgage company re: the modification and the MFR pending. Agreed to a continuance. | 0.30 | $350.00 | $105.00 |
| Service | TR | 06/26/2023 | Review: 22-02588-JAW Order Setting, Resetting, or Continuing a Hearing Document #89 | 0.10 | $350.00 | $35.00 |
| Service | KR | 06/28/2023 | Contact Debtor: Telephone conference with debtor about his increased wage order that he was just notified of; he is unsure of why since the last time he spoke to the attorney it was suppose to decrease by $300. | 0.20 | $150.00 | $30.00 |
| Service | KR | 06/28/2023 | Reviewed court docket and plan; drafted email memo to TR re: plan payment increase | 0.20 | $150.00 | $30.00 |
| Service | TR | 06/29/2023 | Review file at clients request to determine why payment increased and if it could be lowered | 0.30 | $350.00 | $105.00 |
| Service | TR | 06/29/2023 | Telephone conference w/ client to discuss plan payment increase | 0.20 | $350.00 | $70.00 |
| Service | KR | 06/29/2023 | Review email from Attorney: Reviewed email memo from TR re: increased plan payment. | 0.10 | $150.00 | $15.00 |
| Service | TR | 07/05/2023 | Review: 22-02588-JAW Order on Application for Compensation Document #91 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/05/2023 | Review: 22-02588-JAW Amended Order Upon Employer Directing Deductions from Pay Document #92 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/10/2023 | Emailed creditor re: proposed settlement of MFR set for hearing | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/12/2023 | Review: 22-02588-JAW Motion and 30 Day Notice to Modify Plan Document# 98 | 0.20 | $350.00 | $70.00 |
| Service | TR | 07/12/2023 | Review email from mortgage company re: proposal for settlement of MFR - review file - draft response. | 0.10 | $350.00 | $35.00 |

| Service | TR | 07/14/2023 | Review: 22-02588-JAW Order Regarding Objection to Claim Document #97 | 0.10 | $350.00 | $35.00 |
|---|---|---|---|---|---|---|
| Service | TR | 07/18/2023 | Review and respond to email from creditor re: status of settlement and requesting continuance of hearing | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/22/2023 | Review: 22-02588-JAW Order Setting, Resetting, or Continuing a Hearing Document #101 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/14/2023 | Review file and draft email to Eric Miller re Hearing on MFR | 0.20 | $350.00 | $70.00 |
| Service | TR | 08/15/2023 | Review email from Mortgage co re: status of modification and MFR pending | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/15/2023 | Review: 22-02588-JAW Order on Motion to Modify Plan Document #103 | 0.10 | $350.00 | $35.00 |
| Service | KR | 08/16/2023 | Contact Debtor: Reviewed letter from Midland Mortgage to find out if the debtor is occupying the address for HUD; telephone conference with debtor; he is living there with his family; telephone conference with Ty at Midland Mortgage; explained that the debtor is living there with his family; she is updating the records for HUD | 0.30 | $150.00 | $45.00 |
| Service | TR | 08/21/2023 | Review email from mortgage creditor re: status of payments re: MFR filed -review filed - telephone conference with client to update and discuss settlement options | 0.30 | $350.00 | $105.00 |
| Service | KR | 08/22/2023 | Review email from debtor: Reviewed email from debtor with proof of his mortgage payments for July and August; drafted email memo to TR re: proof of mortgage payments. | 0.10 | $150.00 | $15.00 |
| Service | KR | 08/23/2023 | Contact Debtor: Reviewed email memo from TR re: mortgage payments; telephone conference with debtor about needing proof of payments for April-June; reviewed email from debtor for April and May; telephone conference with debtor requesting June; he will look and see if he has it | 0.20 | $150.00 | $30.00 |
| Service | KR | 08/24/2023 | Review email from debtor: Reviewed email from debtor stating that his payments are too high and he would like to see if we can lower; emailed him the updated expense sheet and explained that we need 2 months of income for everyone in the household. | 0.10 | $150.00 | $15.00 |
| Service | TR | 08/24/2023 | Emailed Jacki again re: hearing | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/25/2023 | Review: 22-02588-JAW Order Setting, | 0.10 | $350.00 | $35.00 |

|  |  |  | Resetting, or Continuing a Hearing Document #105 |  |  |  |
|---|---|---|---|---|---|---|
| Service | KR | 08/31/2023 | Contact Debtor: Telephone conference with debtor; he has emailed me all the proof of payments for his mortgage he could find; drafted email memo to TR re: April & May payments | 0.10 | $150.00 | $15.00 |
| Service | KR | 09/04/2023 | Review email from debtor: Reviewed email from debtor with 2 months of pay for joint debtor and a month of pay for debtor; drafted email to debtor requesting the other month of pay and the updated expense sheet | 0.20 | $150.00 | $30.00 |
| Service | KR | 09/04/2023 | Review email from debtor: Reviewed email from debtor asking what paystubs were still needed for analyzing to lower payments; telephone conference with debtor letting him know I only have one paystub for August; need all of July and the remaining paystubs for August | 0.10 | $150.00 | $15.00 |
| Service | TR | 09/11/2023 | Review file re: MFR hearing - draft email to Jacki York requesting update on last email | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/13/2023 | Review: 22-02588-JAW Motion and 30 Day Notice to Modify Plan Document# 107 | 0.10 | $350.00 | $35.00 |
| Service | KR | 09/13/2023 | Review email from debtor: Reviewed email from debtor with his most current paystub; drafted email to debtors letting them know we are still missing the paystubs for July and the beginning of August along with the updated expense sheet so we can analyze to see if we can lower his payments | 0.10 | $150.00 | $15.00 |
| Service | KR | 09/14/2023 | Received email from debtor with the 3 missing paystubs; drafted email to debtor letting him know we just need the updated expense sheet to analyze to see if we can lower his payments | 0.20 | $150.00 | $30.00 |
| Service | TR | 09/15/2023 | Telephone call w/ client to discuss MFR and the need for proof of what dates the modification covered | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/15/2023 | Telephone call w/ trustee to discuss paying the mortgage through the plan | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/15/2023 | Review: Proof of Claim 22-02588-JAW Mississippi Department of Revenue Document # 30 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/19/2023 | Review file re: modification and MFR - call Δ to discuss - he will talk to wife about | 0.20 | $350.00 | $70.00 |

| | | | adding mortgage to the plan - also discussed lowering % to unsecureds due to lower income | | | |
|---------|-----|------------|---------------------------------------------------------------|------|----------|----------|
| Service | TR | 09/20/2023 | Review: Proof of Claim 22-02588-JAW MidFirst Bank Document # Amended 11 | 0.20 | $350.00 | $70.00 |
| Service | KR | 09/21/2023 | Review email from debtor: Reviewed email from debtor with the updated expense sheet; needed to analyze to lower payment | 0.10 | $150.00 | $15.00 |
| Service | TR | 09/21/2023 | Telephone call w/ client to discuss putting mortgage in the plan - he talked to wife and they are fine with that | 0.20 | $350.00 | $70.00 |
| Service | TR | 09/21/2023 | Telephone call w/ law firm re: MFR - tentanive settlement reached - she needs to get the order approved by her client - tc | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/22/2023 | Review: 22-02588-JAW Order Setting, Resetting, or Continuing a Hearing Document #109 | 0.10 | $350.00 | $35.00 |
| Service | JAC | 09/22/2023 | Calculate current income to supplement schedule I. | 0.20 | $350.00 | $70.00 |
| Service | KR | 09/25/2023 | Contact Debtor: Called debtor left message about the amount of retirement he receives per month so we can analyze to see if we can lower | 0.10 | $150.00 | $15.00 |
| Service | KR | 09/26/2023 | Review email from debtor: Reviewed email from debtor ; he receives $2394 for retirement and that it will change after the kids graduate in December to $1710-$1800 a month starting January 2024. | 0.10 | $150.00 | $15.00 |
| Service | TR | 10/02/2023 | Review sand sign proposed order on MFR | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/03/2023 | Review and respond to TT email re: proposed AO on MFR | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/03/2023 | Review: 22-02588-JAW Order on Motion to Allow Late Filed/Amended or Supplemental Claim(s) Document #114 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/03/2023 | Review: 22-02588-JAW Motion to Allow Late Filed / Amended or Supplemental Claims Document# 111 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/05/2023 | Review and revise itemizations | 0.30 | $350.00 | $105.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|--------------------------|-------------|----------|----------|----------|---------|
| Jennifer Curry Calvillo | | Attorney | 0.2 | $350.00 | $70.00 |

| Thomas Rollins | Attorney | 5.6 | $350.00 | $1,960.00 |
|----------------|----------|-----|---------|-----------|
| Kerri Rodabough | Non-Attorney | 2.5 | $150.00 | $375.00 |
| | | | **Total** | **$2,505.05** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 4342 | 03/05/2023 | $4,529.88 | $0.00 | $4,529.88 |
| 4848 | 07/06/2023 | $2,748.94 | $0.00 | $2,748.94 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 5408 | 11/04/2023 | $2,505.05 | $0.00 | $2,505.05 |
| | | | **Outstanding Balance** | **$9,783.87** |
| | | | **Total Amount Outstanding** | **$9,783.87** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 5926
Date: 02/05/2024
Due On: 03/06/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Norman Van Harris and Marquita Sherell Harris
223 Falcon Ridge Dr
Vicksburg, MS 39180

## 04540-Harris Norman Van Harris and Marquita Sherell

## Norman Harris and Marquitta Harris

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 10/05/2023 | Draft Fee Application | 0.30 | $350.00 | $105.00 |
| Expense | BB | 10/05/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $102.12 | $102.12 |
| Service | TR | 10/05/2023 | Review COS and file Application w/ Court | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/06/2023 | review email from creditor re: status of AO | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/11/2023 | Review and sign revised proposed order on MFR | 0.20 | $350.00 | $70.00 |
| Service | TR | 10/13/2023 | Review: 22-02588-JAW Order on Motion For Relief From Stay Document #118 | 0.10 | $350.00 | $35.00 |
| Service | KR | 10/19/2023 | Review email from debtor: Reviewed 2 emails from debtor about their payments being too high and want to dismiss their case | 0.10 | $150.00 | $15.00 |
| Service | JC | 10/20/2023 | Telephone call from debtor informing his plan payments are going to increase, and we are already working on getting payments lowered; created task for KR to contact debtor. | 0.10 | $150.00 | $15.00 |
| Service | KR | 10/20/2023 | Review email from debtor: Reviewed email from debtor stating that if he knew including the mortgage was going to cause his case to increase that much he would have just paid them directly now that he can not afford the payments | 0.10 | $150.00 | $15.00 |

| Service | JAC | 10/23/2023 | Analyze to lower pmt | 0.20 | $350.00 | $70.00 |
|---------|-----|------------|----------------------|------|---------|--------|
| Service | KR | 10/23/2023 | Contact Debtor: Called debtor left message and drafted email to debtor with the lower amount of his plan payment after analyzing | 0.10 | $150.00 | $15.00 |
| Service | KR | 10/24/2023 | Contact Debtor: Telephone conference with debtor about the wage order for $2420 a month that he stated he had; explained that is for both him and his wife; the lower payment would be around $1500-$1600 a month from each employer; he understood; explained the process of lowering his payments and the documents we will be emailing for them to sign. | 0.20 | $150.00 | $30.00 |
| Service | KR | 10/24/2023 | Contact Debtor: Drafted emails to debtors with the supplemental I/J to sign since we are filing a motion to modify their plan to lower their payments | 0.10 | $150.00 | $15.00 |
| Service | TR | 10/25/2023 | Review: 22-02588-JAW Order on Motion to Modify Plan Document #120 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/25/2023 | Review: 22-02588-JAW Amended Order Upon Employer Directing Deductions from Pay Document #127 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/25/2023 | Review: 22-02588-JAW Amended Order Upon Employer Directing Deductions from Pay Document #126 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/25/2023 | Draft Motion to Modify Plan to reduce plan payement | 0.40 | $350.00 | $140.00 |
| Service | KR | 10/25/2023 | Review email from debtor: Reviewed supplemental I/J from debtors with signatures to file with the court | 0.10 | $150.00 | $15.00 |
| Service | KR | 10/25/2023 | Review email from debtor: Reviewed email memo from TR re: Motion to Modify documents for upload to COS | 0.10 | $150.00 | $15.00 |
| Expense | BB | 10/25/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $56.00 | $56.00 |
| Service | TR | 10/26/2023 | Review: 22-02588-JAW Amended Order Upon Employer Directing Deductions from Pay Document #130 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/26/2023 | Review: 22-02588-JAW Response Document# 131 | 0.10 | $350.00 | $35.00 |
| Service | JAC | 10/30/2023 | Review TT Response, update schedule J, send notes to TR | 0.20 | $350.00 | $70.00 |
| Service | TR | 10/30/2023 | Review: 22-02588-JAW Hearing Set Document# 134 | 0.10 | $350.00 | $35.00 |

| Service | KR | 10/31/2023 | Review email from debtor: Reviewed email from debtor stating that both employers for the debtor's have received the new increased wage order and if they pay the amount, they will not be able to pay their bills | 0.10 | $150.00 | $15.00 |
|---------|----|-----------|----|------|---------|--------|
| Service | TR | 10/31/2023 | Draft email to Josh Lawhorn re: settlement of M to Modify | 0.10 | $350.00 | $35.00 |
| Service | KR | 10/31/2023 | Contact Debtor: Telephone conference with debtor about the increased wage order stating that he can not afford to pay his November bills due to the fact of the increase; he stated that both debtor's checks were garnished and did not receive pay; he is not happy; explained that we have filed the motion to modify his plan to lower his payments but we have to wait for the approval; drafted email memo to TR re: plan payments | 0.20 | $150.00 | $30.00 |
| Service | KR | 11/01/2023 | Drafted email memo to TR re: plan payments since the debtor can not afford the higher payments and we have already filed a motion to modify to lower payments but waiting on approval | 0.10 | $150.00 | $15.00 |
| Service | TR | 11/04/2023 | Review email from TT on Objection to M to Modify, review file and draft response | 0.20 | $350.00 | $70.00 |
| Service | TR | 11/04/2023 | Review: 22-02588-JAW Order on Application for Compensation Document #135 | 0.10 | $350.00 | $35.00 |
| Service | KR | 11/08/2023 | Review email from Attorney: Reviewed email memo from TR re: lowering plan payments | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/08/2023 | Review email from debtor: Reviewed several emails from debtor with JPEG files of his and joint debtor's bills for review; converted all JPEG files to PDF files; drafted email memo to TR re: bills and also to let him know that the joint debtor has not intentions on closing her store | 0.20 | $150.00 | $30.00 |
| Service | KR | 11/08/2023 | Contact Debtor: Telephone conference with joint debtor stated that she wants to know what is going on; said that the debtor and the attorney have been going back and forth about their payments; and that the attorney has stressed the debtor out; the payments are too high and that they can't understand why filing bankruptcy is so stressful, it is supposed to help them out; she said that it is no one's business what | 0.20 | $150.00 | $30.00 |

Invoice # 5926 - 02/05/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | they pay for the electric; tried explaining why we need the bills to show their expenses but she just wanted to know what the attorney and her husband spoke about because he is to stressed to explain it. drafted email memo to TR re: payments | | | |
| Service | TR | 11/08/2023 | Call w/ Josh Lawhorn to discuss expenses re: M Modify | 0.20 | $350.00 | $70.00 |
| Service | TR | 11/08/2023 | Call w/ debtor to discuss TT proposal - additional expenses | 0.20 | $350.00 | $70.00 |
| Service | KR | 11/13/2023 | Review email from debtor: Reviewed email from debtor stating that they will accept the $2000 payment until they receive the paperwork from PERS; drafted email memo to TR re: plan payments. | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/15/2023 | Contact Debtor: Called both debtors; left message; drafted email and text requesting proof of out of pocket medical expenses | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/15/2023 | Review email from debtor: Reviewed several emails debtor with hotel bill for travel due to medical reasons; the Vanderbilt medical bill; drafted email to debtor letting him know I need proof of the other prescriptions that are paid for as well as food for the travel. | 0.20 | $150.00 | $30.00 |
| Service | KR | 11/15/2023 | Review email from debtor: Reviewed email from debtor with a bill from Battlefield Drug | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/16/2023 | Review email from debtor: Reviewed email from debtor stating that he does not have the proof for the food or gas for the medical procedure trip; said if he knew he had to keep them he would have | 0.10 | $150.00 | $15.00 |
| Service | TR | 11/20/2023 | Review: 22-02588-JAW Notice of Mortgage Payment Change Document# doc | 0.10 | $350.00 | $35.00 |
| Service | KR | 11/27/2023 | Reviewed from debtor about deciding to go with the option with the $300 or less and that he was sick so the attorney needs to talk to his wife; drafted email memo to TR re: options. | 0.10 | $150.00 | $15.00 |
| Service | TR | 11/28/2023 | Discussion w/ TT to settle Objection to Motion to Modify - TT will review and email me if we have a deal | 0.20 | $350.00 | $70.00 |
| Service | KR | 11/29/2023 | Review email from debtor: Reviewed email memo from TR re: plan options | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/01/2023 | Contact Debtor: Reviewed email from TR re: lowering plan payment; telephone | 0.10 | $150.00 | $15.00 |

| | | | conference with debtor informing him the Trustee has agreed to lower his payment to $4200 per month, the attorney is working on the order for the judge to sign | | | |
|---|---|---|---|---|---|---|
| Service | TR | 12/06/2023 | Review and sign proposed agreed order via email on Motion to modify | 0.10 | $350.00 | $35.00 |
| Service | KR | 12/13/2023 | Review email from debtor: Reviewed email from debtor about his payments that he thought were already suppose to have decreased | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/14/2023 | Reviewed court docket for the new wage orders that were filed this morning; called debtor left message; drafted email to both debtors with a copy of the wage orders with the payment amount of $2100 each | 0.10 | $150.00 | $15.00 |
| Service | TR | 12/14/2023 | Review: 22-02588-JAW Order on Motion to Modify Plan Document #139 | 0.10 | $350.00 | $35.00 |
| Service | KR | 12/15/2023 | Contact Debtor: Telephone conference with debtor about the new wage order and the proof of the church tithes that the attorney requested. | 0.10 | $150.00 | $15.00 |
| Service | TR | 01/09/2024 | Review: 22-02588-JAW Notice of Mortgage Payment Change Document# doc | 0.10 | $360.00 | $36.00 |
| Service | TR | 02/05/2024 | Review and revise itmeizations | 0.20 | $360.00 | $72.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.4 | $350.00 | $140.00 |
| Thomas Rollins | | Attorney | 0.3 | $360.00 | $108.00 |
| Thomas Rollins | | Attorney | 3.1 | $350.00 | $1,085.00 |
| Jacki Curry | | Non-Attorney | 0.1 | $150.00 | $15.00 |
| Kerri Rodabough | | Non-Attorney | 2.9 | $150.00 | $435.00 |
| | | | | **Total** | **$1,941.12** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

Invoice # 5926 - 02/05/2024

| 4342 | 03/05/2023 | $4,529.88 | $0.00 | $4,529.88 |
|------|-----------|-----------|-------|-----------|
| 4848 | 07/06/2023 | $2,748.94 | $0.00 | $2,748.94 |
| 5408 | 11/04/2023 | $2,505.05 | $0.00 | $2,505.05 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|-----------|-------------------|-------------|
| 5926 | 03/06/2024 | $1,941.12 | $0.00 | $1,941.12 |
| | | | Outstanding Balance | $11,724.99 |
| | | | Total Amount Outstanding | $11,724.99 |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 8066
Date: 07/08/2025
Due On: 08/07/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Norman Van Harris and Marquita Sherell Harris

## 04540-Harris Norman Van Harris and Marquita Sherell

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 02/05/2024 | Draft fee application, notice and proposed order | 0.30 | $360.00 | $108.00 |
| Service | KR | 02/05/2024 | Reviewed and prepared the Notice and the Application for Compensation for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/05/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion for Application of Compensation, Proposed Order, invoice and the 21day notice with the Declaration of Mailing of attached for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 03/04/2024 | Review: 22-02588-JAW Order on Application for Compensation Document #147 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/25/2024 | Review: Proof of Claim 22-02588-JAW Mississippi Department of Revenue Document # 31 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 07/25/2024 | Review: 22-02588-JAW Motion and 30 Day Notice to Modify Plan Document# 149 | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/25/2024 | Call Debtor: Called both debtor's left message; drafted email and text requesting a call back to discuss the claim that was filed by MSDoR | 0.10 | $155.00 | $15.50 |

Invoice # 8066 - 07/08/2025

| Service | KR | 07/26/2024 | Review email from debtor: Reviewed email from debtor requesting call back to discuss the MDoR taxes; telephone conference with debtor about not adding the 2023 state taxes into the plan | 0.20 | $155.00 | $31.00 |
|---------|-----|------------|------|------|---------|--------|
| Service | TR | 09/04/2024 | Review: 22-02588-JAW Order on Motion to Modify Plan Document# 150 | 0.10 | $360.00 | $36.00 |
| Service | KR | 10/15/2024 | Review email from debtor: Reviewed email from debtor requesting a document showing their date of filing; drafted email to debtor informing him that our Legal Assistant will be emailing him a copy for his records | 0.10 | $155.00 | $15.50 |
| Service | CO | 10/15/2024 | Incoming Call: Phone conference with debtor requesting proof of filing. Drafted email memo with Chapter 13 plan. | 0.20 | $100.00 | $20.00 |
| Service | KR | 10/15/2024 | Reviewed email from debtor about the documentation he needed showing his date of filing, his case number and their signatures; drafted email to debtor informing him that one of our legal assistance will be emailing him those documents | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/15/2024 | Review email from debtor: Reviewed email from debtor requesting more documentation; telephone conference with debtor about the exact documents needed; he stated he is needing documents showing the Trustee and the amount paid so he can get a background check done; reviewed court docket for the wage order, schedules/statements and the notice of filing | 0.20 | $155.00 | $31.00 |
| Service | BB | 11/15/2024 | Incoming Call: Phone conference with debtor stating he has some personal difficulties and would like to know what his options are if he decided to resign from his current employment. Drafted email memo to SA. | 0.10 | $100.00 | $10.00 |
| Service | KR | 11/20/2024 | Review and respond to email memo: Reviewed email memo from BB re: out of work; drafted email memo to BB informing her that once the debtor has a new place of employment to reach out and we can explore the options | 0.10 | $155.00 | $15.50 |

| Service | KR | 11/22/2024 | Review and respond to email memo: Reviewed email memo from BB re: no employment and options for debtor | 0.10 | $155.00 | $15.50 |
|---|---|---|---|---|---|---|
| Service | BB | 11/25/2024 | Contact Debtor (Text/Email): Received email from sa stating the debtor called inquiring if he can quit his job. Drafted email memo to kr informing her of this. Received email from kr stating he still must pay his plan payments and to inform him of the possibility of dismissal if he falls too behind and he needs to let us know as soon as he gets another job. Drafted email to debtor informing him of this | 0.30 | $100.00 | $30.00 |
| Service | TR | 11/26/2024 | Review: 22-02588-JAW Notice of Mortgage Payment Change Document# 152 | 0.10 | $360.00 | $36.00 |
| Service | BB | 12/02/2024 | Review email from debtor: Reviewed email from debtor stating he had a question about a property paid for through his plan. Drafted email memo to kr. | 0.10 | $100.00 | $10.00 |
| Service | KR | 12/06/2024 | Reviewed Plan, the Proof of Claim filed by the creditor for the lease and the schedules/statements; drafted email memo to TR re: obligations of lease | 0.20 | $155.00 | $31.00 |
| Service | KR | 12/06/2024 | Review email from Attorney: Reviewed email memo from TR stating that he spoke to the debtor about the lease that was included in the bankruptcy and that he will be reaching out to the creditor's attorney next week | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/29/2025 | Review email from debtor: Reviewed email from debtor requesting documents and informed me about his income decrease due to losing one job and getting another; drafted email to debtor requesting the new employer information and also requested the documents he is needing; explained I will get with the attorney about lowering his payment option | 0.20 | $155.00 | $31.00 |
| Service | KR | 01/29/2025 | Reviewed court docket for modifications and confirmed plan; drafted email memo to JAC re: lowering plan payment | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 01/29/2025 | review & respond to email from KR re: plan pmt | 0.10 | $360.00 | $36.00 |
| Service | KR | 01/30/2025 | Contact Debtor (Text/Email): Reviewed email memo from JAC re: lowering of payment; drafted email to debtor informing him the plan payment is as low as it can go; requested the new employer information to update the Trustee and the documents he is needing | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/30/2025 | Review email from debtor: Reviewed email from debtor requesting the amount of the debts that have been paid through the bankruptcy; reviewed Trustee's website for claim summary; drafted email to debtor with the claim summary per his request and requested the employer information again for the Trustee. | 0.10 | $155.00 | $15.50 |
| Service | BB | 04/23/2025 | Reviewed letter mailed by the mortgage creditor stating they need to verify occupancy of the debtors property. Drafted email memo to KR. | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/23/2025 | Review and respond to email memo: Reviewed email memo from BB re: occupancy notice for creditor; drafted email memo to BB informing her we used to call the debtor to verify the occupancy and then inform the creditor | 0.10 | $155.00 | $15.50 |
| Service | BB | 04/24/2025 | Review and respond to email memo: Reviewed email from KR stating we do usually facilitate the mortgage lenders letter request to confirm occupancy of the property. Drafted text to debtor requesting confirmation of their occupancy. Reviewed text from debtor confirming. Phone conference with mortgage lender informing them of the confirmation. | 0.30 | $100.00 | $30.00 |
| Service | KR | 06/03/2025 | Review email from debtor: Reviewed email from debtor about dismissing his case; telephone conference with debtor and explained the process of dismissing his case; he understands the responsibility of all his debt once his case is dismissed; drafted email to debtor with the information on ndc.org and his chapter 13 information to create an account | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 06/04/2025 | Call Debtor: Telephone conference with debtor about dismissing his case | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/16/2025 | Draft Motion: Drafted Motion to Dismiss; drafted internal message to TR re:review Motion to Dismiss | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/18/2025 | Reviewed internal message from TR re: Motion to Dismiss; prepared the Motion and the Order to Dismiss for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/23/2025 | Review: 22-02588-JAW Order on Motion To Dismiss Debtor Document# 154 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/24/2025 | Review: 22-02588-JAW Release of Wages Document# 157 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/24/2025 | Review: 22-02588-JAW Release of Wages Document# 158 | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/24/2025 | Incoming Call: Reviewed email from the Trustee's office stating that additional attorneys fees will be paid at the end of the month | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/01/2025 | Telephone conference with debtor about the garnishment that was taken out of his wife's check; his employer received theirs; reviewed court docket; explained if the trustee receives the payment since the case was dismissed they will refund the money; Trustee's issue checks once a month; reviewed court docket for the release of wages; drafted email to debtor with the release of wages per his request | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/01/2025 | Incoming Call: Telephone conference with debtor; his wife's employer never received the release of wages; they can not provide; but asked me to fax; drafted fax to her employer | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/01/2025 | Drafted another fax to the joint debtor's employer since it did not go through due to someone answering the call | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/01/2025 | Incoming Call: Telephone conference with debtor about the Release of Wages for the joint debtor; would now like me to email it to her employer; drafted email to school district with the Release of Wages | 0.10 | $155.00 | $15.50 |

Invoice # 8066 - 07/08/2025

| Service | KR | 07/08/2025 | Reviewed court docket for all previous orders and invoices for 4 Applications; reviewed the Trustee's website for the amount of Trustee's fees paid; drafted 1st part of the Application for Compensation and lodestar | 0.70 | $155.00 | $108.50 |
|---|---|---|---|---|---|---|
| | | | **Services Subtotal** | | | **$1,198.00** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 02/05/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $101.32 | $101.32 |
| | | **Expenses Subtotal** | | | **$101.32** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 0.7 | $360.00 | $252.00 |
| | Thomas Rollins | Attorney | 0.6 | $360.00 | $216.00 |
| | Brooke Brueland | Non-Attorney | 0.9 | $100.00 | $90.00 |
| | Clara Ortega | Non-Attorney | 0.2 | $100.00 | $20.00 |
| | Kerri Rodabough | Non-Attorney | 4.0 | $155.00 | $620.00 |
| | | | | **Subtotal** | **$1,299.32** |
| | | | | **Total** | **$1,299.32** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4342 | 03/05/2023 | $4,529.88 | $0.00 | $4,529.88 |
| 4848 | 07/06/2023 | $2,748.94 | $0.00 | $2,748.94 |
| 5408 | 11/04/2023 | $2,505.05 | $0.00 | $2,505.05 |
| 5926 | 03/06/2024 | $1,941.12 | $0.00 | $1,941.12 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8066 | 08/07/2025 | $1,299.32 | $0.00 | $1,299.32 |
| | | | Outstanding Balance | $13,024.31 |
| | | | Total Amount Outstanding | $13,024.31 |