0044-2M-EPIEXX-00280227-156638

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re: NORMAN VAN HARRIS  
      MARQUITA SHERELL HARRIS  
      Debtor(s)

Case No.: 22-02588-JAW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Harold J. Barkley,Jr., chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/14/2022.
2) The plan was confirmed on 04/13/2023.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was dismissed on 06/20/2025.
6) Number of months from filing or conversion to last payment: 30.
7) Number of months case was pending: 31.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 121,000.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor: | $106,953.87 | |
| Less amount refunded to debtor: | $1,589.63 | |
| **NET RECEIPTS:** | | $105,364.24 |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through The Plan: | $7,585.82 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $10,695.50 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $18,281.32 |

Attorney fees paid and disclosed by debtor:      $.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| 1ST FRANKLIN FINANCIAL | Secured | 4,428.00 | NA | NA | .00 | .00 |
| ACIMA | Secured | NA | NA | NA | .00 | .00 |
| ACIMA | Secured | NA | NA | NA | .00 | .00 |
| ACS EMERGENCY SERVICES OF MS PA | Unsecured | 754.00 | 754.00 | 754.00 | 754.00 | .00 |
| ADVANCED RECOVERY SYST | Unsecured | NA | NA | NA | .00 | .00 |
| AFFIRM INC | Unsecured | 454.00 | NA | NA | .00 | .00 |
| AFFIRM INC | Unsecured | 415.00 | NA | NA | .00 | .00 |
| AFFIRM INC | Unsecured | 326.00 | NA | NA | .00 | .00 |
| AFFIRM INC | Unsecured | 248.00 | NA | NA | .00 | .00 |
| AFFIRM INC | Unsecured | 236.00 | NA | NA | .00 | .00 |
| AFFIRM INC | Unsecured | 104.00 | NA | NA | .00 | .00 |
| AIDVANTAGE | Unsecured | 166,638.00 | 178,839.17 | 178,839.17 | .00 | .00 |
| AIS PORTFOLIO SERVICES | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re:  NORMAN VAN HARRIS  
       MARQUITA SHERELL HARRIS  
       Debtor(s)

Case No.:  22-02588-JAW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ALLY FINANCIAL DEPT | Unsecured | NA | NA | NA | .00 | .00 |
| APP OF MISSISSIPPI ED, PLLC | Unsecured | .01 | 924.00 | 924.00 | 526.68 | .00 |
| BECKET & LEE LLP | Secured | 3,287.00 | 3,694.37 | 1,750.00 | 651.76 | 217.07 |
| BECKET & LEE LLP | Unsecured | NA | 1,944.37 | 1,944.37 | 475.99 | .00 |
| BMW FINANCIAL SERVICES | Secured | 27,744.00 | 27,897.19 | 24,750.00 | 9,218.45 | 3,070.01 |
| BMW FINANCIAL SERVICES | Unsecured | NA | 3,147.19 | 3,147.19 | 798.16 | .00 |
| BRIAN MOORE | Secured | NA | NA | NA | .00 | .00 |
| BRIAN MOORE AND CONNIE BREWER | Unsecured | .01 | 13,200.00 | 13,200.00 | 3,403.29 | .00 |
| CASHNET USA | Unsecured | 1,874.70 | 2,380.51 | 2,380.51 | 603.70 | .00 |
| CITIZENS BANK N A | Unsecured | .01 | 834.21 | 834.21 | 834.21 | .00 |
| CONTINENTAL FINANCE COMPANY | Unsecured | 69.00 | NA | NA | .00 | .00 |
| FAIRE | Unsecured | 818.61 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 4,802.00 | 5,415.07 | 5,415.07 | 1,389.16 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 976.00 | 1,018.00 | 1,018.00 | 580.26 | .00 |
| LOGS LEGAL GROUP LLP | Unsecured | NA | NA | NA | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | 732.00 | 730.22 | 730.22 | 730.22 | .00 |
| LVNV FUNDING, LLC | Unsecured | 154.00 | 141.60 | 141.60 | 141.60 | .00 |
| MERRICK BANK | Unsecured | 297.00 | 260.52 | 260.52 | 260.52 | .00 |
| MIDFIRST BANK | Secured | 149,000.00 | 141,419.06 | 24,045.92 | 24,045.92 | .00 |
| MIDFIRST BANK | Secured | .01 | 2,990.58 | 2,990.58 | 1,118.52 | .00 |
| MIRAMED REVENUE GROUP | Unsecured | 80.00 | NA | NA | .00 | .00 |
| MISKELLY'S ROOM STORE | Unsecured | NA | NA | NA | .00 | .00 |
| MOBILE LOANS | Unsecured | 2,471.00 | NA | NA | .00 | .00 |
| MOHELA | Unsecured | 227,674.00 | NA | NA | .00 | .00 |
| MS DEPARTMENT OF REVENUE | Priority | NA | 822.46 | 822.46 | 250.58 | .00 |
| MS DEPARTMENT OF REVENUE | Priority | NA | 343.62 | 343.62 | 51.54 | .00 |
| MS DEPARTMENT OF REVENUE | Secured | 1,900.00 | 2,009.96 | 2,009.96 | 761.60 | 212.79 |
| MUTUAL CREDIT UNION | Secured | 36,099.00 | 34,575.98 | 26,640.00 | 9,922.30 | 3,304.44 |
| MUTUAL CREDIT UNION | Unsecured | 3,428.00 | 3,088.40 | 3,088.40 | 783.17 | .00 |
| MUTUAL CREDIT UNION | Unsecured | NA | 7,935.98 | 7,935.98 | 2,033.80 | .00 |
| NAVIENT SOLUTIONS ON BEHALF OF | Unsecured | 12,200.00 | NA | NA | .00 | .00 |
| NCB MANAGEMENT SERVICES, INC | Unsecured | 3,708.33 | 3,978.33 | 3,978.33 | 972.20 | .00 |
| ONEMAIN FINANCIAL GROUP, LLC, SER | Secured | 14,173.00 | 14,783.01 | 3,330.00 | 1,240.37 | 413.04 |
| ONEMAIN FINANCIAL GROUP, LLC, SER | Unsecured | NA | 11,453.01 | 11,453.01 | 2,345.16 | .00 |
| PREMIER BANKCARD, LLC | Unsecured | 395.00 | 358.45 | 358.45 | 358.45 | .00 |
| PROFESSIONAL ACCOUNT SERVICES | Unsecured | 67.47 | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | Secured | .01 | 437.60 | 437.60 | .00 | .00 |
| QUANTUM3 GROUP LLC | Secured | .01 | 539.50 | 539.50 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 9,903.00 | 10,132.58 | 10,132.58 | 2,599.34 | .00 |
| REPUBLIC FINANCE, LLC | Secured | 9,393.00 | 9,229.00 | 1,500.00 | 558.64 | 186.07 |

0044-2M-EPIEXX-00280227-156638

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re:  NORMAN VAN HARRIS  
       MARQUITA SHERELL HARRIS  
       Debtor(s)

Case No.:  22-02588-JAW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| REPUBLIC FINANCE, LLC | Secured | 6,530.00 | 6,709.82 | .00 | .00 | .00 |
| REPUBLIC FINANCE, LLC | Unsecured | NA | 7,729.00 | 7,729.00 | 2,764.00 | .00 |
| SIMPLE FAST LOANS | Unsecured | 2,173.61 | NA | NA | .00 | .00 |
| SMITH ROUCHON & ASSOCIATES | Unsecured | 199.00 | NA | NA | .00 | .00 |
| SMITH ROUCHON & ASSOCIATES | Unsecured | 310.00 | NA | NA | .00 | .00 |
| SOCIAL SECURITY ADMIN | Unsecured | NA | NA | NA | .00 | .00 |
| SOCIAL SECURITY ADMINISTRATION | Unsecured | 26,099.00 | 34,194.00 | 34,194.00 | 8,816.10 | .00 |
| SOCIAL SECURITY ADMINISTRATION | Unsecured | NA | NA | NA | .00 | .00 |
| SPOT LOAN CHECK CASHING | Unsecured | 1,240.84 | NA | NA | .00 | .00 |
| SYNCHRONY BANK | Unsecured | 67.00 | NA | NA | .00 | .00 |
| TIMEPAYMENT CORP | Unsecured | 4,500.00 | NA | NA | .00 | .00 |
| TIMEPAYMENT CORP | Unsecured | 5,140.00 | NA | NA | .00 | .00 |
| US ATTORNEY GENERAL | Unsecured | NA | NA | NA | .00 | .00 |
| US DEPT OF HOUSING & URBAN DEVEL | Secured | .01 | 25,289.58 | 25,289.58 | .00 | .00 |
| VERIZON BY AMERICAN INFOSOURCE | Unsecured | .01 | 147.92 | 147.92 | 147.92 | .00 |
| WEBBANK/FINGERHUT | Unsecured | 1,394.00 | NA | NA | .00 | .00 |

0044-2M-EPIEXX-00280227-156638

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re:  NORMAN VAN HARRIS  
       MARQUITA SHERELL HARRIS  
       Debtor(s)

Case No.:  22-02588-JAW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK, N.A. | Unsecured | 1,016.00 | 2,136.84 | 2,136.84 | 541.89 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 49,335.50 | 24,045.92 | .00 |
| Mortgage Arrearage: | 2,990.58 | 1,118.52 | .00 |
| Debt Secured by Vehicle: | 54,720.00 | 20,381.12 | 6,787.49 |
| All Other Secured: | 6,237.06 | 1,972.00 | 615.93 |
| **TOTAL SECURED:** | 113,283.14 | 47,517.56 | 7,403.42 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 1,166.08 | 302.12 | .00 |
| **TOTAL PRIORITY:** | 1,166.08 | 302.12 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 290,743.37 | 31,859.82 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $18,281.32 |
| Disbursements to Creditors: | $87,082.92 |
| **TOTAL DISBURSEMENTS:** | $105,364.24 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  07/25/2025         By:  /s/Harold J. Barkley,Jr.  
                                                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.